Case Name: KEMPIN, STEVEN G.
              WADLEY, JODI S.
Case No:    08-70617

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 18, 2008         WILLIAM T. NEARY
                                             United States Trustee, Region 11


                                       BY:   */s/ Carole J. Ryczek*
                                                  CAROLE J. RYCZEK
                                                  Attorney for the U.S. Trustee