UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| KEMPIN, STEVEN G | ) | CASE NO. 08-70617-MLB |
| WADLEY, JODI S | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 211 South Court Street, Rockford, Illinois

   On: Monday, January 26, 2009     Time: 9:30 A.M.

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   Receipts                                       $7,305.29

   Disbursements                                  $4.62

   Net Cash Available for Distribution            $7,300.67

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue<br>*Trustee* | $0.00 | $1,480.53 | $0.00 |
| McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $1,300.00 | $65.18 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,010.83 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 29.7%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Clerk of the Circuit Court | $15,010.83 | $4,454.96 |

7. Claims of general unsecured creditors totaling $19,991.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Mutual Management | $175.00 | $0.00 |
| 3 | Regions Bank | $18,890.73 | $0.00 |
| 4 | AT&T Wireless | $361.78 | $0.00 |
| 5 | Recovery Management Systems Corpora | $563.49 | $0.00 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Checking Account - Associated Bank | $246.00 |
| Checking Account - National City | $496.00 |
| Savings Account - National City | $402.41 |
| Household goods and furnishings | $5,500.00 |

| | |
|---|---:|
| Wearing Apparel | $500.00 |
| IMRF Fund | $2,800.50 |
| Pension | $3,410.66 |
| John Hancock Variable Life Insurance | $25,000.00 |
| John Hancock Variable Life Insurance | $25,000.00 |
| John Hancock life Insurance policy | $25,000.00 |
| 1994 Chevrolet CK1500 pickup truck | $1,100.00 |
| 1998 Chevrolet Malibu | $2,400.00 |
| H&K USP .45 | $750.00 |
| Proceeds from sale of house | $22,050.83 |

Dated: December 15, 2008          /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2              Date Rcvd: Dec 22, 2008
Case: 08-70617                Form ID: pdf002             Total Served: 47


The following entities were served by first class mail on Dec 24, 2008.
db           +Steven G. Kempin,    1032 Brookfield Road,    Rockford, IL 61107-3634
jdb          +Jodi S. Wadley,    1032 Brookfield Road,    Rockford, IL 61107-3634
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty          +Mark G Woodworth,    Haime, Woodworth & Rabbitt, P.C.,    6180 E. State Street,    1F,
               Rockford, IL 61108-3014
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
12409493     +AT&T Wireless,    c/o Vativ Recovery Solutions, LLC,    As Agent for Palisades/Asta,
               P.O. Box 19249,    Sugar Land, TX 77496-9249
12034995     +Arrow Financial Services,    5996 W. Touhy,    Niles, IL 60714-4610
12034997     +Bank One,    P.O. Box 71,    Phoenix, AZ 85001-0071
12034998      Burdines-MCY FDSB,    911 Duke Blvd.,    Mason, OH  45040
12034999     +Capital One F.S.B.,    POB 30285,    Salt Lake City, UT 84130-0285
12035000     +Chase Manhatten Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
12035001     +Citibank,    P.O. 6241,    Sioux Falls, SD 57117-6241
12163233     +Clerk of the Circuit Court-,    Family Division,    Hillsbourgh Co,    POB 3450,
               Tampa, FL 33601-3450
12035002     +Clifford Sandberg,    5725 Forest View Avenue,    Rockford, IL 61108-6648
12035003      Directv,    POB 9001069,    Louisville, KY  40290-1069
12035004      Financial Federal Credit,    POB 40737,    Miami, FL  33164
12035005      First Premier,    P.O. Box 5519,    Sioux Falls, SD  57117-5519
12035007     +First USA Visa,    POB 8650,    Wilmington, DE 19899-8650
12035006      First Union VISA,    POB 563967,    Charlotte, NC  28256-3967
12035008      Florida Dept. Of Revenue,    5050 W. Tennessee,    Tallahassee, FL  32399-0100
12035009      Gordon’s Jewelers,    8021 Citrus Park Town Mall,    Odessa, FL  33556
12035010      HSBC Card Services,    P.O. Box  80084,    Salinas, CA  93912-0084
12035011     +HSBC NV,    1441 Schilling Place,    Salinas, CA 93901-4543
12034991     +Kempin Steven G,    1032 Brookfield Road,    Rockford, IL 61107-3634
12035012      MAF Collection Services,    P.O. Box 2842,    Tampa, FL  33601-2842
12035013      MBNA America Bank,    P.O. Box 15137,    Wilmington, DE  19886-5137
12035014      Musician’s Friend,    P.O. Box 4370,    Medford, OR  97501-0168
12035015     +Mutual Management,    401 E. State Street,    Rockford, IL 61104-1027
12035016      Palisades Collection L.L.C.,    P.O. Box 1274,    Englewood Cliffs, NJ  07632-0274
12035017      Peavyhouse And Opp, P.A.,    1001 East Baker St. Ste 201,    Pant City, FL  33563-3700
12035018     +Pentagroup Financial,    P.O. Box 742209,    Houston, TX 77274-2209
12035019     +Receivables Management Solutins,    260 E. Wentworth Ave.,    West St. Paul, MN 55118-3523
12035020      Receivables Specialist,    P.O. Box 26570,    Tamarac, FL  33320-6570
12035021     +Regional Adjustment Bureau,    3009 Davies Plantation Road,    Arlington, TX 38002-8215
12035022     +Rockford Dental Care,    1301 N. Alpine Rd.,    Rockford, IL 61107-2262
12035023     +S.A.F.E.,    5607 Hansel Avenue,    Orlando, FL 32809-4215
12035024     +South Trust Bank,    P.O. Box 12564,    Birmingham, AL 35202-6564
12035025     +Swedish American Hospital,    1401 E. State Street,    Rockford, IL 61104-2298
12035026     +University Community HospitalCarrollwood,    7171 N. Dale Mabry Highway,    Tampa, FL 33614-2630
12035027     ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Wachovia,    POB 3117,    Winston Salem, NC  27102)
12035028     ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Wachovia Bank NA Recover,    P.O. Box 3117,    Winston-Salem, NC  27102)
12034992     +Wadley Jodi S,    1032 Brookfield Road,    Rockford, IL 61107-3634
12034993     +Woodworth Rabbitt & Lewandowski PC,    6180 East State Street,    Rockford, IL 61108-3013

The following entities were served by electronic transmission on Dec 23, 2008.
12034994     +E-mail/PDF: Bankruptcy.Dept.MGM@Regions.com Dec 23 2008 05:21:10     Amsouth Bank,
               P.O. Box 11007,    Birmingham, AL 35288-0002
12034996     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
               P.O. Box 2036,    Warren, MI 48090-2036
12477457     +E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2008 01:51:15
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of PREMIER BANKCARD, INC.,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12295094      E-mail/PDF: Bankruptcy.Dept.MGM@Regions.com Dec 23 2008 05:21:10     Regions Bank,
               Consumer Collections - BH4441,    P.O. Box 10063,    Birmingham, AL 35202-0063
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: cbachman         Page 2 of 2              Date Rcvd: Dec 22, 2008
Case: 08-70617               Form ID: pdf002        Total Served: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2008**              **Signature:**      *Joseph Speetjens*