# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEMPIN, STEVEN G | § | Case No. 08-70617 |
| WADLEY, JODI S | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. BANKRUPTCY COURT | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arrow Financial Services 5996 W. Touhy Niles, IL  60714 | | | | | |
| Arrow Financial Services 5996 W. Touhy Niles, IL  60714 | | | | | |
| Asset Acceptance LLC P.O. Box 2036 Warren, MI  48090-2039 | | | | | |
| Asset Acceptance LLC P.O. Box 2036 Warren, MI  48090-2039 | | | | | |
| Bank One P.O. Box 71 Phoenix, AZ 85001 | | | | | |
| Capital One F.S.B. | | | | | |
| Chase Manhatten Mortgage 3415 Vision Drive Columbus, OH  43219 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citibank P.O. 6241 Sioux Falls, SD 57117 | | | | | |
| Citibank P.O. 6241 Sioux Falls, SD 57117 | | | | | |
| Directv POB 9001069 Louisville, KY  40290-1069 | | | | | |
| Financial Federal Credit POB 40737 Miami, FL  33164 | | | | | |
| First USA Visa POB 8650 Wilmington, DE  19899 | | | | | |
| First USA Visa POB 8650 Wilmington, DE  19899 | | | | | |
| First Union VISA POB 563967 Charlotte, NC  28256-3967 | | | | | |
| Florida Department Of Children FL | | | | | |
| Gordon's Jewelers 8021 Citrus Park Town Mall Odessa, FL  33556 | | | | | |
| HSBC Card Services P.O. Box 80084 Salinas, CA  93912-0084 | | | | | |
| MAF Collection Services P.O. Box 2842 Tampa, FL  33601-2842 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MBNA America Bank P.O. Box 15137 Wilmington, DE 19886-5137 | | | | | |
| MBNA America Bank P.O. Box 15137 Wilmington, DE 19886-5137 | | | | | |
| Musician's Friend P.O. Box 4370 Medford, OR 97501-0168 | | | | | |
| Mutual Management 401 E. State Street Rockford, IL 61104 | | | | | |
| Peavyhouse And Opp, P.A. 1001 East Baker St. Ste 201 Pant City, FL 33563-3700 | | | | | |
| Receivables Management Solutins 260 E. Wentworth Ave. West St. Paul, MN 55118 | | | | | |
| Receivables Specialist P.O. Box 26570 Tamarac, FL 33320-6570 | | | | | |
| Regional Adjustment Bureau 3009 Davies Plantation Road Arlington, TX 38002 | | | | | |
| Rockford Dental Care 1301 N. Alpine Rd. Rockford, IL 61107 | | | | | |
| S.A.F.E. 5607 Hansel Avenue Orlando, FL 32809 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| South Trust Bank P.O. Box 12564 Birmingham, AL  35202 | | | | | |
| University Community HospitalCarrollwood 7171 N. Dale Mabry Highway Tampa, FL  33614 | | | | | |
| Wachovia Bank NA Recover P.O. Box 3117 Winston-Salem, NC  27102 | | | | | |
| Wachovia POB 3117 Winston Salem, NC  27102 | | | | | |
| AT&T WIRELESS | | | | | |
| MUTUAL MANAGEMENT | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| REGIONS BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-70617 MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | KEMPIN, STEVEN G | | Date Filed (f) or Converted (c): | 03/03/08 (f) |
| | WADLEY, JODI S | | 341(a) Meeting Date: | 04/10/08 |
| For Period Ending: | 07/20/10 | | Claims Bar Date: | 08/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Associated Bank | 246.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account - National City | 496.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings Account - National City | 402.41 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. IMRF Fund | 2,800.50 | 0.00 | DA | 0.00 | FA |
| 7. Pension | 3,410.66 | 0.00 | DA | 0.00 | FA |
| 8. John Hancock Variable Life Insurance | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 9. John Hancock Variable Life Insurance | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 10. John Hancock life insurance policy | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 1994 Chevrolet CK1500 pickup truck | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 12. 1998 Chevrolet Malibu | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 13. H&K USP .45 | 750.00 | 0.00 | DA | 0.00 | FA |
| 14. Proceeds from sale of house | 22,050.83 | 0.00 | DA | 0.00 | FA |
| 15. Income Tax Refund (u) | Unknown | 5,800.00 | | 5,800.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 5.29 | | 5.29 | FA |
| 17. Economic Incentive Payment (u) | Unknown | 1,500.00 | | 1,500.00 | FA |
| 18. Funds turned over from Bankruptcy Court (u) Funds were originally turned over to Bankruptcy Court by Trustee | Unknown | 4,454.96 | | 4,454.96 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $114,656.40 | $11,760.25 | | $11,760.25 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

Ver: 15.10b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-70617   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | KEMPIN, STEVEN G | Date Filed (f) or Converted (c): | 03/03/08 (f) |
| | WADLEY, JODI S | 341(a) Meeting Date: | 04/10/08 |
| | | Claims Bar Date: | 08/04/08 |

Trustee filed a Final Report in this matter and the funds are paid in main on a child support claim.  The payment would have been to the Clerk of the Circuit Court.  The clerk has responded that the debt had been paid in full and that there was no longer any outstanding claim.  Trustee has turned over the funds to the clerk and is trying to get the debtor's attorney to withdraw the claim to file an amended Final Report redistributing the funds.

Initial Projected Date of Final Report (TFR): 04/01/10        Current Projected Date of Final Report (TFR): 04/01/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70617 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | KEMPIN, STEVEN G | | Bank Name: | BANK OF AMERICA, N.A. |
| | WADLEY, JODI S | | Account Number / CD #: | *******0098  MONEY MARKET |
| Taxpayer ID No: | *******7593 | | | |
| For Period Ending: | 07/20/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/24/08 | 15 | STEVEN and JODI KEMPIN<br>1032 BROOKFIELD RD<br>ROCKFORD, IL 61107-3634 | TAX REFUND | 1224-000 | 5,800.00 | | 5,800.00 |
| 04/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.12 | | 5,800.12 |
| 05/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.73 | | 5,800.85 |
| 06/04/08 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND - 6/1/08-6/1/09 | 2300-000 | | 4.62 | 5,796.23 |
| 06/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.72 | | 5,796.95 |
| 07/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.74 | | 5,797.69 |
| 08/29/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.73 | | 5,798.42 |
| 09/22/08 | 17 | STEVEN G KEMPIN<br>1032 BROOKFIELD RD<br>ROCKFORD, IL 61107-3634 | ECONOMIC INCENTIVE PAYMENT | 1229-000 | 1,500.00 | | 7,298.42 |
| 09/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.76 | | 7,299.18 |
| 10/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.71 | | 7,299.89 |
| 11/28/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.59 | | 7,300.48 |
| 12/10/08 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 7,300.67 |
| 12/10/08 | | Transfer to Acct #*******1208 | Final Posting Transfer | 9999-000 | | 7,300.67 | 0.00 |

Page Subtotals       7,305.29       7,305.29

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70617 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | KEMPIN, STEVEN G | | Bank Name: | BANK OF AMERICA, N.A. |
| | WADLEY, JODI S | | Account Number / CD #: | *******0098  MONEY MARKET |
| Taxpayer ID No: | *******7593 | | | |
| For Period Ending: | 07/20/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,305.29 | 7,305.29 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 7,300.67 | |
| | | | Subtotal | | 7,305.29 | 4.62 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,305.29 | 4.62 | |

Page Subtotals        0.00        0.00

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-70617 -MLB |
| Case Name: | KEMPIN, STEVEN G |
| | WADLEY, JODI S |
| Taxpayer ID No: | *******7593 |
| For Period Ending: | 07/20/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1208  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/08 | | Transfer from Acct #*******0098 | Transfer In From MMA Account | 9999-000 | 7,300.67 | | 7,300.67 |
| 01/26/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,480.53 | 5,820.14 |
| 01/26/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,300.00 | 4,520.14 |
| 01/26/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 65.18 | 4,454.96 |
| * 01/26/09 | 000103 | Clerk of the Circuit Court- Family Division Hillsbourgh Co POB 3450 Tampa, FL 33601 | Claim 000001, Payment 29.7% | 5100-004 | | 4,454.96 | 0.00 |
| * 05/15/09 | 000103 | Clerk of the Circuit Court- Family Division Hillsbourgh Co POB 3450 Tampa, FL 33601 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5100-004 | | -4,454.96 | 4,454.96 |
| 05/20/09 | 000104 | U.S. BANKRUPTCY COURT 211 S. COURT ST. ROCKFORD, IL 61101 | TURNOVER OF FUNDS IN RE: STEVEN G. KEMPIN AND JODY S. WADLEY CASE NO: 08-70617 (Claim 000001 - Clerk of the Circuit Court - Family Division/Hillsborough County | 5100-000 | | 4,454.96 | 0.00 |
| | | | Page Subtotals | | 7,300.67 | 7,300.67 | |

Ver: 15.10b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70617 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | KEMPIN, STEVEN G | | Bank Name: | BANK OF AMERICA, N.A. |
| | WADLEY, JODI S | | Account Number / CD #: | *******1208 GENERAL CHECKING |
| Taxpayer ID No: | *******7593 | | | |
| For Period Ending: | 07/20/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,300.67 | 7,300.67 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 7,300.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,300.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,300.67 | |

Page Subtotals  0.00  0.00

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70617 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | KEMPIN, STEVEN G | | Bank Name: | BANK OF AMERICA, N.A. |
| | WADLEY, JODI S | | Account Number / CD #: | *******1716 GENERAL CHECKING |
| Taxpayer ID No: | *******7593 | | | |
| For Period Ending: | 07/20/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/10 | 18 | UNITED STATES TREASURY | TURNOVER OF FUNDS FROM BK COURT | 1229-000 | 4,454.96 | | 4,454.96 |
| 06/18/10 | 000100 | Mutual Management | Claim 000002, Payment 22.3% | 7100-000 | | 39.00 | 4,415.96 |
| | | 401 E. State Street | | | | | |
| | | Rockford, IL 61104 | | | | | |
| 06/18/10 | 000101 | Regions Bank | Claim 000003, Payment 22.3% | 7100-000 | | 4,209.77 | 206.19 |
| | | Consumer Collections - BH4441 | | | | | |
| | | P.O. Box 10063 | | | | | |
| | | Birmingham, AL 35202-0063 | | | | | |
| 06/18/10 | 000102 | AT&T Wireless | Claim 000004, Payment 22.3% | 7100-000 | | 80.62 | 125.57 |
| | | c/o Vativ Recovery Solutions, LLC | | | | | |
| | | As Agent for Palisades/Asta | | | | | |
| | | P.O. Box 19249 | | | | | |
| | | Sugar Land, TX 77496 | | | | | |
| 06/18/10 | 000103 | Recovery Management Systems Corporation | Claim 000005, Payment 22.3% | 7100-000 | | 125.57 | 0.00 |
| | | For Capital Recovery II | | | | | |
| | | As Assignee of PREMIER BANKCARD, INC. | | | | | |
| | | 25 SE 2nd Avenue, Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 4,454.96 | 4,454.96 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 4,454.96 | 4,454.96 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 4,454.96 | 4,454.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********0098 | 7,305.29 | 4.62 | 0.00 |
| GENERAL CHECKING - ********1208 | 0.00 | 7,300.67 | 0.00 |
| GENERAL CHECKING - ********1716 | 4,454.96 | 4,454.96 | 0.00 |
| Page Subtotals | 4,454.96 | 4,454.96 | |

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-70617 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | KEMPIN, STEVEN G | Bank Name: | BANK OF AMERICA, N.A. |
| | WADLEY, JODI S | Account Number / CD #: | *******1716  GENERAL CHECKING |
| Taxpayer ID No: | *******7593 | | |
| For Period Ending: | 07/20/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 11,760.25 | 11,760.25 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 16)*